IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-11

UNITED STATES OF AMERICA,

      Plaintiff,

v.

11.  QUANG PHAM,

      Defendant.

_____

## ORDER

_____

This matter is before the Court on the United States' Motion to Dismiss Counts One and Thirty-Three of the Indictment as to Defendant Quang Pham  [Docket No. 866]. The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Motion to Dismiss Counts One and Thirty-Three of the Indictment as to Defendant Quang Pham  [Docket No. 866] is granted.  Counts One and Thirty-Three of the Indictment are dismissed as to defendant Quang Pham.

DATED August _21_ , 2014.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge